United States District Court

For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    KEVIN JEROME BARNES,                    No. C 15-4199 WHA (PR)

9              Petitioner,                   **ORDER GRANTING MOTION TO
                                             REOPEN TIME TO FILE AN
10       v.                                  APPEAL**

     JOE LIZARRAGA,
11
12             Respondent.
     _____/
13

14         This is a habeas case brought pro se by a state prisoner under 28 U.S.C. 2254

15   challenging his sentence in state court.  The petition was dismissed.  The United States Court of

16   Appeals has construed his notice of appeal and his response to that court's order to show cause

17   as a motion to reopen the time for filing an appeal pursuant to Rule 4(a)(6) of the Federal Rules

18   of Appellate Procedure, and has remanded the case for the limited purpose of deciding the

19   motion to reopen.  Good cause appearing — in particular the delay in petitioner's receiving the

20   notice of entry of judgment — the motion to reopen the time for filing an appeal is GRANTED.

           The clerk shall send a copy of this order to the Court of Appeals.
21
           **IT IS SO ORDERED.**
22

23   Dated: June ___20___, 2016.

24                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
25
26
27
28